Cite as 2020 Ark. 420

# SUPREME COURT OF ARKANSAS

IN RE AMENDED ADMINISTRATIVE
PLAN FOR THE SEVENTEENTH
JUDICIAL CIRCUIT

**Opinion Delivered:** December 17, 2020

## PER CURIAM

Administrative Order No. 14 requires an administrative plan to facilitate the best use of the available judicial and support resources within each circuit so that cases will be resolved efficiently and promptly. Pursuant to Administrative Order No. 14, an amended administrative plan has been submitted by the Seventeenth Judicial Circuit. The amended administrative plan has been approved as submitted and will take effect January 1, 2021.